# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMIEL ASGHEDOM, individually and as administrator for THE ESTATE OF ERMIAS ASGHEDOM p/k/a "NIPSEY HUSSLE,"<br><br>Plaintiff,<br><br>vs.<br><br>CRIPS, LLC, TIA HOLLIS and DOES 1 – 50.,<br><br>Defendants. | Case No.: CV 20-9340-DMG (JEMx)<br><br>**ORDER APPROVING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) [34]** |

Pursuant to the parties' stipulation, the Court hereby orders the above-captioned matter dismissed with prejudice in its entirety, with each side to bear its/his own attorney's fees and costs.

IT IS SO ORDERED.

DATED: May 17, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-